Douglas Molloy, Fort Myers, FL, Tamra Phipps, Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Mark G. Rodriguez, Tampa, FL, for Defendant–Appellant.

U.S. 25, 37, 91 S.Ct. 160, 27 L.Ed.2d 162 (1970).

Before CARNES, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, appointed counsel for Maria Ester Ortiz, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Ortiz's conviction and sentence are **AFFIRMED**.

# UNITED STATES of America, Plaintiff–Appellee,

v.

## Orisman Enrique RINCONES–ONATE, Defendant–Appellant.

### No. 05–14431.

United States Court of Appeals, Eleventh Circuit.

April 26, 2006.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

**2.** See *Blohm v. Commissioner*, 994 F.2d 1542, 1555 (11th Cir.1993).

Ryan Thomas Truskoski, Orlando, FL, for Defendant–Appellant.

Before ANDERSON, FAY and SILER,* Circuit Judges.

PER CURIAM:

We note that appellant does not challenge his conviction, and it is accordingly affirmed. Appellant's only challenge on appeal is that his sentence is unreasonable. First, we reject the government's argument that this court lacks jurisdiction to review the sentence for reasonableness; that argument is foreclosed by our decision in *United States v. Martinez,* 434 F.3d 1318 (11th Cir.2006). However, we readily conclude, for the reasons discussed at oral argument, that the sentence imposed by the district court is not unreasonable.

Accordingly, the judgment of the district court is

AFFIRMED.